In the Matter of HARRY SOLO, Appellant, against WILLIAM G. FULLEN et al., Constituting the NEW YORK STATE TRANSIT COMMISSION, et al., Respondents.

BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA et al., Interveners, Respondents.

Argued October 6 1942; decided October 29, 1942.

*Michael M. Platzman* for appellant.

*William C. Chanler, Corporation Counsel (Jeremiah M. Evarts* of counsel), for Board of Transportation of City of New York et al., respondents.

*H. Eliot Kaplan* for interveners, respondents.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Oscar S. Mann* of counsel), for State Civil Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.